Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Oliver B. Opsahl, for appellant; George W. Stockwell, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Albert T. Peterson, appellee, v. Max Wolinetz et al., on appeal of Max Wolinetz, appellant. Gen. No. 27,955.**

Complaint alleging partnership of complainant and defendant, purchase under partnership agreement of land and flat building thereon for resale, and refusal of defendant to carry out said partnership agreement. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Delbert A. Clithero, for appellant; Guy Van Schaick, of counsel. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**George North, appellant, v. E. A. Schneider, appellee. Gen. No. 28,007.**

Suit for an accounting against former treasurer of fraternal organization. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Daniel S. Wentworth and David B. Maloney, for appellant. T. Fred Laramie, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Dealers Security Corporation, trustee, for use of Dealers Security Corporation and the S. & E. Powdered Sugar Company (plaintiff), appellant, v. Michigan Automobile Insurance Company (defendant), appellee. Gen. No. 28,018.**

Action by mortgagee for value of car stolen while covered by defendant company's theft insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. J. R. Pritchard, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Fisher, Boyden, Kales & Bell, for appellant; J. F. Dammann, Jr., and Preston Boyden, of counsel. Thomas C. Hollywood and Le-Forgee, Schroeder & Tate, for appellee; Murphy O. Tate, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Mae Brown, appellee, v. Germania Safe Deposit & Trust Company, appellant. Gen. No. 28,027.**

Action against safe deposit company for failure to keep plaintiff's money and valuables safely, and for loss thereof. Judgment for plaintiff for $4,000. Appeal from the Superior Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in